IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES IN EXHIBIT A[1] |

**ORDER**

It has come to my attention that, for the cases designated for PPO-9 discovery on March 23, 2010,[2] Defendants need updated medical authorizations so that they may collect medical documents necessary to conduct PPO-9 depositions.  Plaintiffs do not object.

Accordingly, Plaintiffs listed in Exhibit A, who have not already done so, are directed to submit updated medical authorization[3] forthwith.  Failure to do so may result in dismissal for failure to prosecute.

IT SO ORDERED this 1st day of April, 2010.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1]The Clerk of the Court is directed to file this order in the *In re Prempro* case and in each case listed in Exhibit A.

[2]Doc. No. 2238.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

1

**EXHIBIT A**

| | | |
|---|---|---|
| 4:03-cv-00712-WRW | Massey, et al v. Wyeth Inc, et al | USDC SD MS |
| 4:03-cv-00825-WRW | Collins v. Wyeth, et al | USDC WD KY |
| 4:03-cv-00927-WRW | Byrd, et al v. Wyeth Inc, et al | USDC SD MS |
| 4:03-cv-00935-WRW | Cooley, et al v. Wyeth Inc, et al | USDC SD MS |
| 4:04-cv-00058-WRW | Jenkins, et al v. Wyeth, et al | USDC SD MS |
| 4:04-cv-00083-WRW | Alpert v. Ayerst Labs Inc, et al | USDC CD CA |
| 4:04-cv-00195-WRW | Wiede, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00199-WRW | Tipton, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00217-WRW | Whitaker, et al v. Wyeth Inc, et al | USDC ED TX |
| 4:04-cv-00223-WRW | Honeycutt v. Wyeth Inc, et al filed | USDC ED TX |
| 4:04-cv-00224-WRW | Ashlock, et al v. Wyeth Inc, et al | USDC ND TX |
| 4:04-cv-00226-WRW | Meldahl, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00237-WRW | Gestiada, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00241-WRW | Grant, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00249-WRW | Tye v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00250-WRW | Seipel, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00258-WRW | Newton, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00260-WRW | Peek, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00265-WRW | Townsend v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00268-WRW | Peschka, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00270-WRW | Beal, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00271-WRW | Bingham, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00300-WRW | Thibodeaux, et al v. Wyeth Inc, et al | USDC ED TX |
| 4:04-cv-00304-WRW | Puls, et al v. Wyeth Inc, et al | USDC NH |
| 4:04-cv-00563-WRW | Carerra, et al v. Wyeth, et al | USDC SD TX |
| 4:04-cv-00750-WRW | Davies v. Wyeth, et al | USDC ND UT |
| 4:04-cv-00754-WRW | Groover v. Wyeth Inc, et al | USDC SD GA |
| 4:04-cv-00755-WRW | Mikulec v. Pfizer Inc, et al | USDC ND IL |
| 4:04-cv-00820-WRW | Taulker, et al v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-00821-WRW | Zimmerman v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-00729-WRW | Ballard, et al v. Wyeth, et al | USDC ND FL |
| 4:04-cv-00759-WRW | Gray v. Wyeth, et al | USDC UT |
| 4:04-cv-00805-WRW | Naumowicz, et al v. Wyeth, et al | USDC ED WI |
| 4:04-cv-00806-WRW | Strode v. Wyeth Inc, et al | USDC CD IL |
| 4:04-cv-00809-WRW | Mesojedec v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-00810-WRW | McIntyre v. Wyeth , et al | USDC ND OH |
| 4:04-cv-00813-WRW | Miller v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-00814-WRW | St John-Goodrichv. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-00833-WRW | Nicholas v. Pharmacia & Upjohn, et al | USDC MN |
| 4:04-cv-00928-WRW | Mulcahy, et al v. Pharmacia & Upjohn, | USDC MN |

2

| | | |
|---|---|---|
| 4:04-cv-00938-WRW | Watson, et al v. Wyeth, et al | USDC ED TX |
| 4:04-cv-00965-WRW | Bonnano, et al v. Wyeth, et al | USDC ED NC |
| 4:04-cv-00964-WRW | Mars v. Duramed Pharm Inc et al | USDC ND CA |
| 4:04-cv-00967-WRW | Meacham, et al v. Wyeth Inc, et al | USDC MN |
| 4:04-cv-00968-WRW | Baldonado, et al v. Wyeth, et al | USDC ND IL |
| 4:04-cv-00996-WRW | Jenkins, et al v. Wyeth, et al | USDC ND TX |
| 4:04-cv-00998-WRW | Smith, et al v. Wyeth, et al | USDC ED TX |
| 4:04-cv-01001-WRW | Stuart, et al v. Wyeth, et al | USDC ED OK |
| 4:04-cv-01022-WRW | Ammons, et al v. Wyeth, et al | USDC ND TX |
| 4:04-cv-01036-WRW | Carroll, et al v. Wyeth, et al | USDC ED TX |
| 4:04-cv-01037-WRW | Contreras v. Wyeth, et al | USDC ED TX |
| 4:04-cv-01041-WRW | Kennedy, et al v. Wyeth, et al | USDC ED TX |
| 4:04-cv-01053-WRW | Mohr, et al v. Pharmacia & Upjohn, et al | USDC MN |
| 4:04-cv-01062-WRW | Straube, et al v. Wyeth, et al | USDC MN |
| 4:04-cv-01063-WRW | Fisher v. Wyeth, et al | USDC MN |
| 4:04-cv-01064-WRW | Leibelt, et al v. Wyeth, et al | USDC MN |
| 4:04-cv-01073-WRW | Kalergis, et al v. Wyeth, et al | USDC MN |
| 4:04-cv-01085-WRW | Smith v. Wyeth, et al | USDC MN |
| 4:04-cv-01086-WRW | Harris v. Wyeth, et al | USDC MN |
| 4:04-cv-01088-WRW | Pruitt v. Wyeth Pharmaceutical, et al | USDC MN |
| 4:04-cv-01089-WRW | Taasaas, et al v. Wyeth, et al | USDC ND IL |
| 4:04-cv-01090-WRW | Peterson, et al v. Wyeth Inc, et al | USDC ND IL |
| 4:04-cv-01113-WRW | Knighten, et al v. Wyeth, et al | USDC SD TX |
| 4:04-cv-01123-WRW | Barbour, et al v. Wyeth Inc, et al | USDC CD CA |
| 4:04-cv-01157-WRW | Ristau v. Wyeth Pharmaceutical, et al | USDC ND IN |
| 4:04-cv-01158-WRW | Spurr v. Wyeth Inc | USDC SD/IN |
| 4:04-cv-01184-WRW | Green, et al v. Wyeth Inc, et al | USDC SD WV |
| 4:04-cv-01193-WRW | Morgan-McKenna, et al v. Wyeth, et al | USDC MN |
| 4:04-cv-01197-WRW | Blakely v. Wyeth, et al | USDC MN |
| 4:04-cv-01198-WRW | Frazen, et al v. Wyeth et al | USDC MN |
| 4:04-cv-01199-WRW | Lydie, et al v. Wyeth, et al | USDC MN |
| 4:04-cv-01270-WRW | Bourgeois, et al v. Wyeth Pharm, et al | USDC SD MS |
| 4:04-cv-01282-WRW | Corso v. Wyeth, et al | USDC CT |
| 4:04-cv-01297-WRW | Anderson v. Wyeth, et al | USDC MN |
| 4:04-cv-01307-WRW | Landry, et al v. Wyeth, et al | USDC ED TX |
| 4:04-cv-01329-WRW | Webb, et al v. Wyeth | USDC ND TX |
| 4:04-cv-01377-WRW | May, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:04-cv-01379-WRW | King, et al v. Wyeth Inc, et al | USDC ED LA |
| 4:04-cv-01383-WRW | Malik v. Wyeth, et al | USDC ED VA |
| 4:04-cv-01384-WRW | Eural v. Wyeth, et al | USDC ED VA |

| | | |
|---|---|---|
| 4:04-cv-01386-WRW | Swaggerty v. Wyeth | USDC ED VA |
| 4:04-cv-01397-WRW | Bell, et al v. Wyeth, et al | USDC ED TX |
| 4:04-cv-01401-WRW | Malfitano v. Wyeth, et al | USDC DE |
| 4:04-cv-01403-WRW | Main, et al v. Wyeth, et al | USDC MD |
| 4:04-cv-01404-WRW | Tappan, et al v. Wyeth, et al | USDC MD |
| 4:04-cv-01410-WRW | Davis v. Wyeth Inc, et al | USDC ND TX |
| 4:04-cv-01427-WRW | Goldrich v. Wyeth, et al | USDC ND IL |
| 4:04-cv-01440-WRW | Foster v. Wyeth Inc, et al | USDC MN |
| 4:04-cv-01441-WRW | Welch v. Wyeth Inc, et al | USDC MN |
| 4:04-cv-01467-WRW | Bowman, et al v. Wyeth, et al | USDC ED TN |
| 4:04-cv-01530-WRW | Jackson v. Wyeth Inc, et al | USDC M/D LA |
| 4:04-cv-02256-WRW | Baker, et al v. Pfizer Inc, et al | USDC SD NY |
| 4:04-cv-02260-WRW | Sharma, et al v. Wyeth Inc, et al | USDC M/D LA |
| 4:04-cv-02261-WRW | Golay, et al v. Wyeth Pharm, et al | USDC WD OK |
| 4:04-cv-02263-WRW | Williams v. Wyeth Inc, et al | USDC ND FL |
| 4:04-cv-02264-WRW | Banoff, et al v. Pharmacia & Upjohn, et al | USDC SD FL |
| 4:04-cv-02268-WRW | Brock v. Wyeth, et al | USDC ND TX |
| 4:04-cv-02269-WRW | Cox, et al v. Wyeth, et al | USDC KS |
| 4:04-cv-02278-WRW | Barefoot, et al v. Wyeth et al | USDC ND AL |
| 4:04-cv-02280-WRW | Pollace v. Wyeth Pharmaceutical, et al | USDC ED PA |
| 4:04-cv-02282-WRW | Sonier, et al v. Wyeth Pharm, et al | USDC ED PA |
| 4:04-cv-02283-WRW | Gage v. Wyeth, et al | USDC ND IL |
| 4:04-cv-02285-WRW | Gaudin, et al v. Wyeth Inc, et al | USDC M/D LA |
| 4:04-cv-02295-WRW | Sauls v. Wyeth, et al | USDC SC |
| 4:04-cv-02314-WRW | Gibbons, et al v. Wyeth Inc, et al | USDC CT |
| 4:05-cv-00001-WRW | Swingle v. Wyeth Inc, et al | USDC WD MO |
| 4:05-cv-00002-WRW | Case, et al v. Wyeth Inc, et al | USDC WD MO |
| 4:05-cv-00003-WRW | Decker v. Bristol-Myers Squibb, et al | USDC NV |
| 4:05-cv-00007-WRW | Lemmon, et al v. Wyeth Inc, et al | USDC ED MO |
| 4:05-cv-00008-WRW | Kuball, et al v. Wyeth Inc, et al | USDC MN |
| 4:05-cv-00026-WRW | Harris v. Wyeth Inc, et al | USDC SD NY |
| 4:05-cv-00027-WRW | Giberson, et al v. Wyeth Inc, et al | USDC WD MO |
| 4:05-cv-00028-WRW | Howell v. Wyeth Inc | USDC WD PA |
| 4:05-cv-00034-WRW | Honeywell, et al v. Wyeth Inc, et al | USDC ND OH |
| 4:05-cv-00035-WRW | Page v. Novartis Pharm Corp | USDC WD NY |
| 4:05-cv-00039-WRW | Clay, et al v. Wyeth, et al | USDC WD MO |
| 4:05-cv-00041-WRW | Czwakiel, et al v. Wyeth Inc, et al | USDC MA |
| 4:05-cv-00042-WRW | Walters, et al v. Wyeth Inc, et al | USDC CD IL |
| 4:05-cv-00045-WRW | Bates, et al v. Wyeth Inc, et al | USDC WD LA |
| 4:05-cv-00047-WRW | Self, et al v. Wyeth Pharmaceutical, et al | USDC CO |

| Case Number | Case Name | Court |
|---|---|---|
| 4:05-cv-00050-WRW | McKenzie v. Wyeth Pharmaceutical | USDC WD OK |
| 4:05-cv-00051-WRW | House v. Wyeth Pharmaceutical | USDC WD OK |
| 4:05-cv-00053-WRW | Silva, et al v. Wyeth Inc, et al | USDC CT |
| 4:05-cv-00063-WRW | Clark v. Solvay Inc | USDC ED MO |
| 4:05-cv-00066-WRW | Devoe v. Wyeth, et al | USDC ED NY |
| 4:05-cv-00071-WRW | Hanrahan, et al v. Wyeth Inc, et al | USDC ED MO |
| 4:05-cv-00074-WRW | Land v. Wyeth Inc, et al | USDC MD |
| 4:05-cv-00077-WRW | Horvat, et al v. Wyeth, et al | USDC AZ |
| 4:05-cv-00087-WRW | Hargrave v. Wyeth Inc, et al | USDC SD MS |
| 4:05-cv-00088-WRW | Thompson, et al v. Wyeth Inc, et al | USDC ED CA |
| 4:05-cv-00089-WRW | Waddell, et al v. Wyeth Inc, et al | USDC ED CA |
| 4:05-cv-00099-WRW | Larsen-Lansford, et al v. Wyeth Inc, et al | USDC ED CA |
| 4:05-cv-00101-WRW | Bowers, et al v. Wyeth Inc, et al | USDC MN |
| 4:05-cv-00114-WRW | Bowles, et al v. Wyeth Inc, et al | USDC ED CA |
| 4:05-cv-00121-WRW | Jimenez v. Wyeth Inc, et al | USDC MD FL |
| 4:05-cv-00132-WRW | Yeauger v. Wyeth Inc, et al | USDC SD OH |
| 4:05-cv-00133-WRW | Albright, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:05-cv-00151-WRW | Carranza v. Wyeth, | USDC ND CA |
| 4:05-cv-00152-WRW | Wankier v. Wyeth, | USDC UT |
| 4:05-cv-00164-WRW | Nina Schilling v. Wyeth | USDC ND NY |
| 4:05-cv-00166-WRW | Brown v. Wyeth Inc, et al | USDC SD GA |
| 4:05-cv-00167-WRW | Bryant, et al v. Wyeth, et al | USDC WD WA |
| 4:05-cv-00168-WRW | Heth, et al v. Wyeth Inc, et al | USDC MT |
| 4:05-cv-00169-WRW | Bush v. Wyeth Inc, et al, | USDC ND TX |
| 4:05-cv-00174-WRW | Waites, et al v. Wyeth, et al | USDC MD AL |
| 4:05-cv-00182-WRW | McClure, et al v. Wyeth, et al | USDC SC |
| 4:05-cv-00185-WRW | Sheffield v. Wyeth Inc, et al | USDC ND MS |
| 4:05-cv-00188-WRW | Meade, et al v. Wyeth Inc, et al | USDC WD VA |
| 4:05-cv-00191-WRW | Toitch, et al v. Wyeth Inc, et al | USDC N/D OH |
| 4:05-cv-00193-WRW | Gornor, et al v. Wyeth Inc, et al | USDC M/D LA |
| 4:05-CV-00194-WRW | Bonnett v. Wyeth | USDC M/D FL |
| 4:05-cv-00195-WRW | Dye v. Wyeth | USDC M/D FL |
| 4:05-cv-00196-WRW | Danitz v. Wyeth Inc, et al | USDC M/D FL |
| 4:05-cv-00197-WRW | Gutchman v. Wyeth Inc, et al | USDC M/D FL |
| 4:05-cv-00198-WRW | Turonis v. Wyeth Inc, et al | USDC M/D FL |
| 4:05-cv-00199-WRW | Baldy v. Wyeth Inc, et al | USDC M/D FL |
| 4:05-cv-00200-WRW | Wittig v. Wyeth Inc, et al | USDC M/D FL |
| 4:05-cv-00201-WRW | Fowle v. Wyeth Inc, et al | USDC M/D FL |
| 4:05-cv-00202-WRW | Supplee v. Wyeth Inc, et al | USDC M/D FL |
| 4:05-cv-00203-WRW | Costa v. Wyeth Inc, et al | USDC M/D FL |

| | | |
|---|---|---|
| 4:05-cv-00359-WRW | Shah, et al v. Wyeth Pharmaceutical, et al | USDC C/D CA |
| 4:05-cv-00367-WRW | Consorti v. Wyeth et al | USDC  DCT |
| 4:05-cv-00366-WRW | Lynn v. Wyeth, et al | USDC N/D AL |
| 4:05-cv-00365-WRW | Mackenzie v. Wyeth, et al | USDC N/D UT |
| 4:05-cv-00376-WRW | Mathews, et al v. Wyeth, et al | USDC C/D CA |
| 4:05-cv-00520-WRW | Nina Reilly v. Wyeth | USDC SD NY |
| 4:05-cv-00521-WRW | Kramer v. Wyeth Inc, et al | USDC SD NY |
| 4:05-cv-00524-WRW | Avery, et al v. Wyeth Inc, et al | USDC CD CA |
| 4:05-cv-00528-WRW | Spravzoff v. Wyeth, et al | USDC ND |
| 4:05-cv-00530-WRW | Strickland, et al v. Barr Pharm et al | USDC ND MS |
| 4:05-cv-00534-WRW | Arcuri v. Solvay Inc, et al | USDC ED LA |
| 4:05-cv-00535-WRW | Ashenfelter v. Wyeth Inc, et al | USDC MN |
| 4:05-cv-00533-WRW | Harris v. Wyeth Inc, et al | USDC MT |
| 4:05-cv-00549-WRW | Toomey, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00548-WRW | Bierfass, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00550-WRW | Beemon, et al v. Wyeth Pharm, et al | USDC SD MS |
| 4:05-cv-00553-WRW | McCoy v. Wyeth, et al | USDC MN |
| 4:05-cv-00552-WRW | Meastas, et al v. Wyeth, et al | USDC ED TX |
| 4:05-cv-00555-WRW | Falk, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00556-WRW | Sevilla, et al v. Wyeth Pharm, et al | USDC MN |
| 4:05-cv-00557-WRW | Lehman, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00558-WRW | Andenoro, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00554-WRW | Fortner v. Wyeth Inc, et al | USDC MD FL |
| 4:05-cv-00559-WRW | Grimes, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:05-cv-00560-WRW | Guarrieri, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:05-cv-00572-WRW | Slocum v. Wyeth Inc, et al | USDC ND TX |
| 4:05-cv-00565-WRW | Campbell v. Wyeth, et al | USDC CD CA |
| 4:05-cv-00564-WRW | Couch v. Wyeth, et al | USDC CD CA |
| 4:05-cv-00577-WRW | Ryan, et al v. Wyeth Inc, et al | USDC WD MO |
| 4:05-cv-00578-WRW | Roberts v. Wyeth Inc, et al | USDC WD MO |